*Judge Buchwald*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA         :     INDICTMENT

         -v.-                 :     **08 CRIM 245**

CHAUNREL COOPER,                 :

         Defendant.           :

- - - - - - - - - - - - - - - - x

COUNT ONE

The Grand Jury charges:

On or about January 27, 2008, in the Southern District of New York, CHAUNREL COOPER, the defendant, after having been previously convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction for Criminal Possession of a Controlled Substance in the Third Degree, in violation of New York Penal Law 220.39, a Class C felony, on or about March 21, 2006 in New York Supreme Court, New York County, did possess in and affecting commerce, a firearm, to wit, an Amadeo Rossi .38 caliber revolver, which previously had been shipped and transported in interstate commerce.

(Title 18, United States Code, Section 922(g)(1).)


_____          _____
FOREPERSON                       MICHAEL J. GARCIA
                                 United States Attorney

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 19 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

CHAUNREL COOPER,

Defendant.

INDICTMENT

08 Cr.

(18 U.S.C. § 922(g)(1))

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

Foreperson.

3/19/08 Filed Indictment. Case assigned to J, Buchwald