# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
Executive Director

**MEMO ENDORSED**

Southern District of New York
John J. Byrnes
Attorney-in-Charge

May 8, 2008

BY FACSIMILE
Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street, Room 2270
New York, New York 10007

Re:   **United States v. Chaundrel Cooper**
      08 Cr. 245 (NRB)

Dear Judge Buchwald:

I write on behalf of my client Chaundrel Cooper, to respectfully request that the Court allow Mr. Cooper to attend a family dinner for Mother's Day, between the hours of 3:00 P.M. and 6:00 P.M. at his sister's apartment, which is in the building next door to his home. Mr. Cooper is currently subject to home detention with electronic monitoring. I have spoken with Telemachus P. Kasulis, Esq., on behalf of the Government, and he consents to this application.

Thank you for your consideration of this matter.

Respectfully submitted,

Robert M. Baum
Assistant Federal Defender
Tel.: (212) 417-8760

SO ORDERED:

HONORABLE NAOMI REICE BUCHWALD
United States District Judge
5/8/08

cc:   Telemachus P. Kasulis, Esq.
      Assistant United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/8/08

TOTAL P.002